THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN W. DIEFENDORF, Respondent.

Argued January 4, 1954; decided March 4, 1954.

*Frank S. Hogan, District Attorney (Harold Roland Shapiro, Richard G. Denzer* and *Charles W. Manning* of counsel), for appellant.

*Menahem Stim, Albert Felix* and *Joseph D. Stim* for respondent.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.